IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROBERT COLLIER,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.                                                  CASE NO. 1D14-1810

DEPARTMENT OF
CORRECTIONS,

Respondent.
_____/

Opinion filed December 11, 2014.

Petition for Writ of Certiorari -- Original Jurisdiction.

Robert Collier, pro se, Petitioner.

Jennifer Parker, General Counsel, and Beverly Brewster, Assistant General Counsel,
Tallahassee, for Respondent.

PER CURIAM.

    The petition for writ of certiorari is denied on the merits.

ROBERTS, RAY, and OSTERHAUS, JJ., CONCUR.